# EXHIBIT 2

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
| **1Pre.**  A method for incorporating a queuing device as a lossless processing stage in a network device in a communications network between an upstream device and a downstream device in the network device, comprising: | The accused products practice a method for incorporating a queuing device as a lossless processing stage in a network device in a communications network between an upstream device and a downstream device in the network device.<br><br>ZTE provides Ethernet Switches that support Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms. For example, the ZXR10 5960 Series Switches are next-generation switches with high switching capacity and high port density for data center TOR and carrier access and aggregation scenario. It provides high density 10GE/40GE interfaces, carrier-class reliability, and superior scalability.<br><br>The accused products act as the network device in a communication network. See Fig. 1. |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S) (collectively, "accused products") |
|---|---|
| | **Citation 1: ZTE ZXR10 5960 Series Switch** <br>  <br> Fig. 1 |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
|  | Source: https://www.zte.com.cn/global/products/bearer/Ethernet-Switch/5960-EN, Pages 1-2, Last Accessed on October 26, 2021, Exhibit A

ZTE Products are imported in the USA (i.e., by ZTE USA, Inc.). For example, Ethernet switch ZXR 10 1160 is imported to the USA. Similarly, USA imports other switches as well. See Fig. 2.


**Citation 2: Importing Switches in the USA**



Fig. 2

Source: https://www.docketbird.com/court-documents/X-Mobile-Technologies-LLC-v-Zte-Corporation-et-al/Ex-C-Import-Records/txed-4:2017-cv-00696-00046-003, Page 4, Last Accessed on October 26, 2021, Exhibit B


Furthermore, an American Telco "Corisat" uses ZTE Soft switch-based Next Generation Network (NGN) Network. The NGN Network requires routers and ethernet switches for efficiency and reliability. See Fig. 3. |

3

**Citation 3: NGN Network of ZTE Corporation**

## ZTE NGN solutions selected by American telco Corisat

Corisat America Inc., a global telecommunications provider based in Miami, Florida, is to have its Softswitch-based NGN network provided by ZTE Corporation.

Fig. 3

Source: https://www.zte.com.cn/global/about/magazine/zte-technologies/2005/8/en_241/161535.html, Page 1, Last Accessed on October 26, 2021, Exhibit C

The accused products support PFC (Priority-based Flow Control), QCN (Quantized Congestion Notification), ETS (Enhanced Transmission Selection), DCBX (Data Center Bridging Exchange), which ensure low latency and zero packet loss for high-speed computing services. See Fig. 4.

**Citation 4: PFC in ZTE Switches**

● Support DCB (Data Center Bridging) protocol family and fully guarantee network reliability and no loss in full range. The ZXR10 5960 Series switch supports PFC (Priority-based Flow Control), QCN (Quantized Congestion Notification), ETS (Enhanced Transmission Selection), DCBX (Data Center Bridging Exchange), which ensure low latency and zero packet loss for high-speed computing services

Fig. 4

Source: https://www.zte.com.cn/global/products/bearer/Ethernet-Switch/5960-EN, Page 5, Last Accessed on October 26, 2021, Exhibit A

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
|  | The accused products support Data Center features providing priority-based flow control (PFC) capabilities. The accused products incorporate a queuing device that manages the congestion in a network device. See Fig. 5.<br><br>**Citation 5: ZTE ZXR10 5960 Switch Series Data Center features**<br><br>**Function Specification**<br><br><table><tr><th>Function</th><th>The ZXR10 5960 Series Switch</th></tr><tr><td>Data Center Features</td><td>Support VSC2.0 (Virtual Switching Clustering)<br>Support TRILL (Transparent Interconnection of Lots of Links)<br>Support DCB (Data Center Bridging)<br>Support PFC (Priority-based Flow Control)<br>Support ETS (Enhanced Transmission Selection)<br>Support VEPA (IEEE 802.3Qbg)<br>Support Multi Channel</td></tr></table><br>ZTE<br><br>Fig. 5<br>Source: https://www.asit.it/wp-content/uploads/2018/04/zte_ZXR10_5960_serie.pdf, Page 7, Last Accessed on October 26, 2021, Exhibit D |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S) (collectively, "accused products") |
|---|---|
| | To avoid packet loss, IEEE 802.1 defines a backpressure message called Priority-based Flow Control (PFC), which is a hop-by-hop layer 2 congestion control mechanism. Downstream switches can send PFC pause packets to upstream switches to control the traffic. Once an upstream port receives a pause message, the upstream device stops data transmission for a given priority class based on the priority and pause duration specified in the pause message. PFC mechanism inverts the congestion level by level to the subsequent upstream nodes in the network. See Fig. 6 and Fig. 7. <br><br> **Citation 6: Priority-based Flow Control (PFC)** <br><br> net and IP networks. To prevent buffer overflow, its Priority-based Flow Control (PFC) mechanism can pause the upstream Ethernet port (or a particular priority class) when buffer occupancy reaches a specified threshold. By inverting the congestion level by level to the upstream node until the network terminal devices, PFC shifts the congestion from the network center to the edges. As a coarse- <br><br> Fig. 6 <br><br> Source: https://ieeexplore.ieee.org/document/8967139, Page 1, Last Accessed October 26, 2021, Exhibit E |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
| | **Citation 7: PFC Mechanism** <br><br> **2.1  PFC Mechanism** <br><br> PFC is a hop-by-hop layer 2 congestion control mechanism. Downstream switches can send PFC pause packets to upstream switches to control the traffic. Once an upstream port receives a pause message, it should stop data transmission for a given priority class based on the priority and pause duration specified in the pause message. After the pause duration expires (or reception of a new pause message with a pause duration of zero), the upstream port resumes data transmission. According to the standard IEEE 802.3x Pause <br><br> Fig. 7 <br><br> Source: https://ieeexplore.ieee.org/document/8967139, Page 2, Last Accessed October 26, 2021, Exhibit E |
| **1a.** monitoring a depth of a queue in the queuing device, wherein the queue receives packets from the upstream device within the network device, and | The accused products practice a method of monitoring a depth of a queue in the queuing device, wherein the queue receives packets from the upstream device within the network device, and the queuing device acts as a discard point by discarding packets when the queue is full, wherein the upstream device is a traffic manager. <br><br> The accused products provide the ability to monitor the queue depth in the queuing device and compare it with a certain threshold value. See Fig. 8 and Fig. 9. |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
| the queuing device acts as a discard point by discarding packets when the queue is full, wherein the upstream device is a traffic manager | **Citation 8: PFC Initiator**<br><br>**36.2.1 PFC Initiator**<br><br>The PFC Initiator entity generates M_CONTROL PFC requests using the M_CONTROL.request primitive (see 36.1.3.1) when appropriate (e.g., when an input buffer reaches a certain threshold).<br><br>Fig. 8<br><br>Source: https://ieeexplore.ieee.org/document/6032693, Page 31, Last Accessed October 26, 2021, Exhibit F |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S) (collectively, "accused products") |
|---|---|
| | **Citation 9: Queue Management using PFC**<br><br><br><br>Fig. 9<br><br>Source: https://ieeexplore.ieee.org/document/6032693, Page 31, Last Accessed October 26, 2021, Exhibit F |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
| | As described in the patent '973 [Page 7, Column 5, Line number 29-32] "*when a queue in the memory 330 of the queuing device 140 is filled, the queuing device 140 will typically begin discarding packets from the queue in accordance with a predetermined scheme (e.g., tail-drop, weighted random early detection ("WRED"), etc.)."*<br><br>The accused ZTE switches support Weighted Random Early Detection (WRED), which is a queueing discipline for a network scheduler suited  for congestion avoidance. wherein WRED, a single queue may have several different sets of queue thresholds and each threshold set may be associated with a particular traffic class.  See Fig. 10.<br><br>**Citation 10: WRED Congestion Avoidance in ZTE Switches**<br><br><br><br>Fig. 10<br>Source: https://www.asit.it/wp-content/uploads/2018/04/zte_ZXR10_5960_serie.pdf , Page 8, Last Accessed on October 26, 2021, Exhibit D |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
| **1b.** if the depth of the queue passes a predetermined threshold, sending a message to the upstream device to reduce a rate at which packets are sent to the queuing device to prevent the queue from filling, thereby preventing packet discarding and loss by the queuing device; | The accused products practice a method that if the depth of the queue passes a predetermined threshold, sending a message to the upstream device to reduce a rate at which packets are sent to the queuing device to prevent the queue from filling, thereby preventing packet discarding and loss by the queuing device<br><br>The accused products monitor the depth of the queue. When an input buffer reaches a certain threshold, the queuing device sends a status message to the upstream device to reduce the rate of the packet transmitted by the upstream device. This results in preventing the packet discarding and loss of the packets. See Fig. 11 to Fig. 13.<br><br>**Citation 11: Queue Threshold**<br><br>**36.2.1 PFC Initiator**<br><br>The PFC Initiator entity generates M_CONTROL PFC requests using the M_CONTROL.request primitive (see 36.1.3.1) when appropriate (e.g., when an input buffer reaches a certain threshold).<br><br>Fig. 11<br>Source: https://ieeexplore.ieee.org/document/6032693, Page 31, Last Accessed October 26, 2021, Exhibit F |

**Citation 12: Queue Management using PFC**



Figure 36-3—PFC aware system queue functions

Fig. 12

Source: https://ieeexplore.ieee.org/document/6032693, Page 31, Last Accessed October 26, 2021, Exhibit F

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S) (collectively, "accused products") |
|---|---|
| | **Citation 13: Lossless packet transmission**<br><br>The QCN (Quantized Congestion Notification) algorithm has been developed to provide congestion control at the Ethernet layer, or at L2. It has been developed for the IEEE 802.1Qau standard, which is a part of the IEEE Data Center Bridging Task Group's efforts. A related effort is the Priority Flow Control project, IEEE 802.1Qbb, for enabling hop-by-hop, per-priority pausing of traffic at congested links. Thus, when the buffer at a congested link fills up, it issues a PAUSE message to upstream buffers, an action which ensures packets do not get dropped due to congestion. A consequence of link-level pausing is the phenomenon of "congestion spreading:"<br><br>Fig. 13<br><br>Source: https://ieeexplore.ieee.org/abstract/document/4797706, Page 2, Last Accessed on October 26, 2021, Exhibit G |
| **1c.** sending a message reporting the depth of the queue to the upstream device to thereby enable the upstream device to | The accused products practice a method of sending a message reporting the depth of the queue to the upstream device to thereby enable the upstream device to determine whether to reduce or increase the rate at which the upstream device sends packets to the queuing device. |

| **US7872973B2** | **ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products")** |
|---|---|
| determine whether to reduce or increase the rate at which the upstream device sends packets to the queuing device; and | To avoid packet loss, IEEE 802.1 defines a backpressure message called Priority-based Flow Control (PFC), which is a hop-by-hop layer 2 congestion control mechanism.  Downstream switches can send PFC pause packets to upstream switches to control the traffic.  Once an upstream port receives a pause message, the upstream device stops data transmission for a given priority class based on the priority and pause duration specified in the pause message.  PFC mechanism inverts the congestion level by level to the subsequent upstream nodes in the network.  See Fig. 14 and Fig. 15.<br><br>**Citation 14: Priority based Flow Control (PFC)**<br><br>net and IP networks. To prevent buffer overflow, its Priority-based Flow Control (PFC) mechanism can pause the upstream Ethernet port (or a particular priority class) when buffer occupancy reaches a specified threshold. By inverting the congestion level by level to the upstream node until the network terminal devices, PFC shifts the congestion from the network center to the edges. As a coarse-<br><br>Fig. 14<br><br>Source: https://ieeexplore.ieee.org/document/8967139, Page 1, Last Accessed October 26, 2021, Exhibit E |

14

| | |
|---|---|
| | **Citation 15: PFC Mechanism**<br><br>**2.1   PFC Mechanism**<br>PFC is a hop-by-hop layer 2 congestion control mechanism. Downstream switches can send PFC pause packets to upstream switches to control the traffic. Once an upstream port receives a pause message, it should stop data transmission for a given priority class based on the priority and pause duration specified in the pause message. After the pause duration expires (or reception of a new pause message with a pause duration of zero), the upstream port resumes data transmission. According to the standard IEEE 802.3x Pause<br><br> Fig. 15 <br> Source: https://ieeexplore.ieee.org/document/8967139, Page 2, Last Accessed October 26, 2021, Exhibit E <br><br>Priority Flow Control (PFC) enables hop-by-hop, per-priority pausing of traffic at congested links. When the buffer at a congested link fills up, it issues a PAUSE message to upstream buffers, an action that ensures packets do not get dropped due to congestion. |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches  (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S)  (collectively, "accused products") |
|---|---|
|  | **Citation 16: PAUSE message sent to upstream buffer**<br><br>The QCN (Quantized Congestion Notification) algorithm has been developed to provide congestion control at the Ethernet layer, or at L2. It has been developed for the IEEE 802.1Qau standard, which is a part of the IEEE Data Center Bridging Task Group's efforts. A related effort is the Priority Flow Control project, IEEE 802.1Qbb, for enabling hop-by-hop, per-priority pausing of traffic at congested links. Thus, when the buffer at a congested link fills up, it issues a PAUSE message to upstream buffers, an action which ensures packets do not get dropped due to congestion. A consequence of link-level pausing is the phenomenon of "congestion spreading:"<br><br>Fig. 16<br><br>Source: https://ieeexplore.ieee.org/abstract/document/4797706, Page 125-126, Last Accessed on October 26, 2021, Exhibit G |
| **1d.** sending the message from the upstream device to an upstream network device to thereby control | The accused products practice a method of sending the message from the upstream device to an upstream network device to thereby control a rate at which the upstream device receives packets from the upstream network device.<br><br>The accused products provide an interface that acts as an upstream device. |

| US7872973B2 | ZTE Switches Supporting Priority-based Flow Control (PFC) and Congestion Avoidance Mechanisms, including, but not limited to, ZXR10 5960 Series Switches (*e.g.*, 5960-32DL, 5960-64DL, and 5960-52-TM) , ZSR 5960-H Series Switches (*e.g.*, 5960-4M-HC, 5960-32LC-H, 5960-64DL-H, 5960-72DL-H, 5960-72NL-H, 5960-56QU-HC), and ZXR10 9900/9000-S Series Switches (*e.g.*, 9916, 9908, 9908-S, 9904-S) (collectively, "accused products") |
|---|---|
| a rate at which the upstream device receives packets from the upstream network device. | To avoid packet loss, IEEE 802.1 defines a backpressure message called Priority-based Flow Control (PFC), which is a hop-by-hop layer 2 congestion control mechanism.  Downstream switches can send PFC pause packets to upstream switches to control the traffic.  Once an upstream port receives a pause message, the upstream device stops data transmission for a given priority class based on the priority and pause duration specified in the pause message. PFC mechanism inverts the congestion level by level to the subsequent upstream nodes in the network.  This process can be considered as sending the message from the upstream device to an upstream network device to control the rate of packet transmission.  See Fig. 20 to Fig. 22.<br><br>**Citation 17: PFC functionality of the instrumentality**<br><br><br><br>Fig. 17<br><br>Source: https://www.asit.it/wp-content/uploads/2018/04/zte_ZXR10_5960_serie.pdf, Page 7, Last Accessed on October 26, 2021, Exhibit D |

17

**Citation 18: Priority-based Flow Control (PFC)**

net and IP networks. To prevent buffer overflow, its Priority-based Flow Control (PFC) mechanism can pause the upstream Ethernet port (or a particular priority class) when buffer occupancy reaches a specified threshold. By inverting the congestion level by level to the upstream node until the network terminal devices, PFC shifts the congestion from the network center to the edges. As a coarse-

Fig. 18

Source: https://ieeexplore.ieee.org/document/8967139, Page 1, Last Accessed October 26, 2021, Exhibit E

**Citation 19: PFC Mechanism**

## 2.1 PFC Mechanism

PFC is a hop-by-hop layer 2 congestion control mechanism. Downstream switches can send PFC pause packets to upstream switches to control the traffic. Once an upstream port receives a pause message, it should stop data transmission for a given priority class based on the priority and pause duration specified in the pause message. After the pause duration expires (or reception of a new pause message with a pause duration of zero), the upstream port resumes data transmission. According to the standard IEEE 802.3x Pause

Fig. 19

Source: https://ieeexplore.ieee.org/document/8967139, Page 2, Last Accessed October 26, 2021, Exhibit E

| 1d. sending the message from the upstream device to an upstream network device to thereby control a rate at which the upstream device receives packets from the upstream network device. | The accused products practice a method of sending the message from the upstream device to an upstream network device to thereby control a rate at which the upstream device receives packets from the upstream network device.<br><br>The accused products provide an interface that acts as an upstream device.<br><br>To avoid packet loss, IEEE 802.1 defines a backpressure message called Priority-based Flow Control (PFC), which is a hop-by-hop layer 2 congestion control mechanism.  Downstream switches can send PFC pause packets to upstream switches to control the traffic.  Once an upstream port receives a pause message, the upstream device stops data transmission for a given priority class based on the priority and pause duration specified in the pause message. PFC mechanism inverts the congestion level by level to the subsequent upstream nodes in the network.  This process can be considered as sending the message from the upstream device to an upstream network device to control the rate of packet transmission.  See Fig. 20 to Fig. 22.<br><br>**Citation 20: PFC functionality of the instrumentality**<br><br>**Function Specification**<br><br>| Function | The ZXR10 5960 Series Switch |<br>| --- | --- |<br>| Data Center Features | Support VSC2.0 (Virtual Switching Clustering)<br>Support TRILL (Transparent Interconnection of Lots of Links)<br>Support DCB (Data Center Bridging)<br>Support PFC (Priority-based Flow Control)<br>Support ETS (Enhanced Transmission Selection)<br>Support VEPA (IEEE 802.3Qbg)<br>Support Multi Channel |<br><br><br><br>Fig. 20 |

| | Source: https://www.asit.it/wp-content/uploads/2018/04/zte_ZXR10_5960_serie.pdf, Page 7, Last Accessed on October 26, 2021, Exhibit D |
|---|---|
| | **Citation 21: Priority-based Flow Control (PFC)**<br><br>net and IP networks. To prevent buffer overflow, its Priority-based Flow Control (PFC) mechanism can pause the upstream Ethernet port (or a particular priority class) when buffer occupancy reaches a specified threshold. By inverting the congestion level by level to the upstream node until the network terminal devices, PFC shifts the congestion from the network center to the edges. As a coarse-<br><br>Fig. 21<br><br>Source: https://ieeexplore.ieee.org/document/8967139, Page 1, Last Accessed October 26, 2021, Exhibit E |

| | |
|---|---|
| | **Citation 22: PFC Mechanism**<br><br>**2.1  PFC Mechanism**<br>PFC is a hop-by-hop layer 2 congestion control mechanism. Downstream switches can send PFC pause packets to upstream switches to control the traffic. Once an upstream port receives a pause message, it should stop data transmission for a given priority class based on the priority and pause duration specified in the pause message. After the pause duration expires (or reception of a new pause message with a pause duration of zero), the upstream port resumes data transmission. According to the standard IEEE 802.3x Pause<br><br>Fig. 22<br><br>Source: https://ieeexplore.ieee.org/document/8967139, Page 2, Last Accessed October 26, 2021, Exhibit E |
| **9pre.** A system for incorporating a queuing device as a lossless processing stage in a network device in a communications network between an upstream device and a downstream device in the network | The accused products are operable as a system for incorporating a queuing device as a lossless processing stage in a network device in a communications network between an upstream device and a downstream device in the network device.<br><br>*Refer to supporting evidence for claim element [1pre].* |

| | |
|---|---|
| device, the system comprising: | |
| **9a.** a processor coupled to the queuing device; | The accused products comprise a processor coupled to the queuing device, and modules executed by the processor, the modules including a module for monitoring a depth of a queue in the queuing device, wherein the queue receives packets from the upstream device within the network device and the queuing device acts as a discard point by discarding packets when the queue is full, wherein the upstream device is a traffic manager. |
| **9b.** and, modules executed by the processor, the modules including: | |
| **9c.** a module for monitoring a depth of a queue in the queuing device, wherein the queue receives packets from the upstream device within the network device and the queuing device acts as a discard point by discarding packets when the queue is full, wherein the upstream device is a traffic manager; | Based on information and belief, the accused products include the necessary processors and modules to perform the PFC and WRED congestion avoidance mechanisms. *Refer to supporting evidence for claim elements [1pre] and [1a].* |

| | |
|---|---|
| **9d.** a module for, if the depth of the queue passes a predetermined threshold, sending a message to the upstream device to reduce a rate at which packets are sent to the queuing device to prevent the queue from filling, thereby preventing packet discarding and loss by the queuing device; | The accused products comprise a module for, if the depth of the queue passes a predetermined threshold, sending a message to the upstream device to reduce a rate at which packets are sent to the queuing device to prevent the queue from filling, thereby preventing packet discarding and loss by the queuing device.<br><br>*Refer to supporting evidence for claim element [1b].* |
| **9e.** a module for sending a message reporting the depth of the queue to the upstream device to thereby enable the upstream device to determine whether to reduce or increase the rate at which the upstream device sends packets to the queuing device; and | The accused products comprise a module for sending a message reporting the depth of the queue to the upstream device to thereby enable the upstream device to determine whether to reduce or increase the rate at which the upstream device sends packets to the queuing device.<br><br>*Refer to supporting evidence for claim element [1c].* |

| 9f. a module for sending the message from the e stream device to an upstream network device to thereby control a rate at which the upstream device receives packets from the upstream network device. | The accused products comprise a module for sending the message from the e stream device to an upstream network device to thereby control a rate at which the upstream device receives packets from the upstream network device.<br><br>*Refer to supporting evidence for claim element [1d].* |
| --- | --- |

**References Cited**

| Exhibit (s) | Description | Link |
|---|---|---|
| Exhibit A | ZXR10 5960 series switch | https://www.zte.com.cn/global/products/bearer/Ethernet-Switch/5960-EN |
| Exhibit B | Importing Switches in the USA | https://www.docketbird.com/court-documents/X-Mobile-Technologies-LLC-v-Zte-Corporation-et-al/Ex-C-Import-Records/txed-4:2017-cv-00696-00046-003 |
| Exhibit C | NGN network of ZTE corporation | https://www.zte.com.cn/global/about/magazine/zte-technologies/2005/8/en_241/161535.html |
| Exhibit D | ZTE ZXR10 5960 switch product description | https://www.asit.it/wp-content/uploads/2018/04/zte_ZXR10_5960_serie.pdf |
| Exhibit E | Priority based flow control (PFC) Mechanism | https://ieeexplore.ieee.org/document/8967139 |
| Exhibit F | PFC operation | https://ieeexplore.ieee.org/document/6032693 |
| Exhibit G | PFC Pause Message | https://ieeexplore.ieee.org/abstract/document/4797706 |